RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 8 2026

DANIEL J. McCOY, CLERK
BY: dc

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MICAH JAMES LEGNON,
a/k/a "Kateri,"
a/k/a "Darkwitch,"

Defendant

CRIMINAL NO. 6:26-CR-00198
DISTRICT JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

## UNDERSTANDING OF PENALTIES AND RIGHTS

I, **MICAH JAMES LEGNON**, having been furnished a copy of the indictment and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me, as follows:

**PENALTY – COUNT 1:** A term of imprisonment of not more than fifteen (15) years, per 18 U.S.C. § 2339A; a fine of not greater than $250,000.00, pursuant to 18 U.S.C. § 3571, or both; a period of supervised release of any term of years or life, pursuant to 18 U.S.C. § 3583(j); and a special assessment of $100.00, pursuant to 18 U.S.C. § 3013, which under this agreement is payable and due **at the time his guilty plea is entered**, and Defendant agrees to tender the $100.00 special assessment by certified check or money order, payable to "Clerk, U.S. District Court."

I further state that I understand:

1. I understand the nature of the charge against me and the maximum possible penalty as set forth in the plea agreement.

2. I understand my right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

3. I understand my right to plead guilty or not guilty.

4. I understand my right not to be required to testify against myself or at all if I do not so desire.

5. I understand my right to confront and cross-examine witnesses against me.

6. I understand my right to use compulsory process to require witnesses to appear at trial and testify.

7. I realize that by pleading guilty I stand convicted of the crimes charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

8. My plea in this matter is free and voluntary, and it has been made without any threats or inducements from anyone whatsoever except for those contained in the plea agreement and any addendum required under standing orders. The only reason I am pleading guilty is that I am in fact guilty as charged.

The foregoing Understanding of Penalties and Rights has been read, understood, and signed:

Dated: 9/8/26

Aaron Adams
AARON A. ADAMS, La. Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336
*Counsel for Defendant*

Dated: 9/8/2026

MICAH JAMES LEGNON
*Defendant*

[Remainder of Page Intentionally Left Blank]

ZACHARY A. KELLER
United States Attorney

Dated: Sept. 5, 2026

ZACHARY A. KELLER
JOHN W. NICKEL
U.S. Attorney's Office – WDLA
Special Bar No. 803262 (Keller)
La. Bar No. 37819 (Nickel)
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618