RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 0 8 2026
DANIEL J. McCOY, CLERK
BY: dc

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:26-CR-00198<br>DISTRICT JUDGE JOSEPH |
| v. | MAGISTRATE JUDGE WHITEHURST |
| MICAH JAMES LEGNON,<br>a/k/a "Kateri,"<br>a/k/a "Darkwitch,"<br><br>Defendant | |

______________________________/

**FACTUAL BASIS**

This factual basis is submitted in accordance with Federal Rule of Criminal Procedure 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the defendant, **MICAH JAMES LEGNON**, pleading guilty to Count One of the Indictment:

As of 2025, **LEGNON** was a former Marine and police officer with the New Iberia Police Department. Early that year, **LEGNON** was recruited to a group called "Order of the Black Lotus" ("OBL"), which consisted of members of the group "Turtle Island Liberation Front." OBL included members "black moon," "cthulu's daughter," "Nomad," and Kickwhere, as well as **LEGNON** under the username "DarkWitch." **LEGNON** communicated with other OBL members from early 2025 through December 12, 2025, and several OBL members were aware that **LEGNON** had a military and law enforcement background, with **LEGNON** understanding that OBL

recruited **LEGNON** due to that background. **LEGNON** understood the purpose of the group to be executing a bombing plot on logistics facilities in California.

In approximately June 2025, **LEGNON** discussed the creation of improvised explosive devices with other OBL members in their group chat. On June 10, 2025, **LEGNON** stored an image onto his smartphone containing a photograph of an apparent IED with instructions relating to how to manufacture and detonate the IED.

On September 9, 2025, **LEGNON** stated in an OBL group messaging app that **LEGNON** could "work with everyone and get y'all caught up on urban tactics as well as home in on accuracy and combat shooting" through a "good solid four days" of training, with **LEGNON** further telling the OBL group that **LEGNON** "used to teach damn near battalion level numbers." The OBL member black moon responded affirmatively to this discussion.

From September through December 2025, **LEGNON** downloaded and maintained combat tutorial materials on his smartphone with headings such as "How to Move in a Combat Environment," "5 Basic Rules Of CQB [i.e., close-quarter battle]," and "Calibre and Setup Considerations." In addition, **LEGNON** created and maintained a series of folders within a smartphone storage panel titled "Training," with folders contained therein listed as, among other things, "Patrolling," "Ambush tactics," "Defense position," "Scoutingandpat…," "Land nav," and "Demolitionande…." During this same period, **LEGNON** also maintained a note document on his smartphone titled "Crew Weapons" that included the name of an OBL co-conspirator followed by a series of firearms, including several assault rifles,

while also maintaining assault rifles, SWAT training manuals, sniper training manuals, and other combat materials in **LEGNON**'s residence.

On December 9, 2025, while the OBL conspirators discussed a trip to the desert and, as one co-conspirator described, "testing very small amounts just to make sure its working properly," **LEGNON** responded, "If I was able to come out then I would so be with yall on this adventure but it seems the universe is withholding me from everything by giving me covid this week."

The parties agree and stipulate that one or more acts in furtherance of the crime charged in Count One of the indictment took place in the Western District of Louisiana.

WHEREFORE, the parties signing below agree and stipulate that preceding paragraphs adequately describe the defendant's role in the offense listed above for purposes of establishing his guilt beyond a reasonable doubt.

Dated: 9/8/26

AARON A. ADAMS, La. Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336
*Counsel for Defendant*

Dated: 9/8/2026

MICAH JAMES LEGNON
*Defendant*

[Remainder of Page Intentionally Left Blank]

ZACHARY A. KELLER
United States Attorney

Dated: Sept. 8, 2026

ZACHARY A. KELLER
JOHN W. NICKEL
U.S. Attorney's Office – WDLA
Special Bar No. 803262 (Keller)
La. Bar No. 37819 (Nickel)
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501