RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 8 2026

DANIEL J. McCOY, CLERK
BY: dc

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MICAH JAMES LEGNON,
a/k/a "Kateri,"
a/k/a "Darkwitch,"

Defendant

CRIMINAL NO. 6:26-CR-00198
DISTRICT JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**ELEMENTS OF OFFENSE**

**Count One**

Title 18, United States Code, Section 2339A(a) makes it a crime for anyone to conspire to provide material support or resources, knowing or intending that they are to be used in preparation for carrying out the crimes of malicious damage or destruction of a building or use of a weapon of mass destruction. For you to be found guilty of this crime, the government must prove each of the essential elements beyond a reasonable doubt:

*First:* The defendant conspired to provide material support or resources to members of the Order of the Black Lotus group; and

*Second:* The defendant did so knowing or intending that the material support or resources were to be used for carrying out a violation of Title 18, United States Code, Sections 844(i) (malicious damage or destruction of a building) and 2332a (use of a weapon of mass destruction).

[Remainder of Page Intentionally Left Blank]

The foregoing elements of offense have been read, understood, and signed:

Dated: 9/8/26

AARON A. ADAMS, La. Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336
*Counsel for Defendant*

Dated: 9/8/26

MICAH JAMES LEGNON
*Defendant*